IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CONTINENTAL PAPER GRADING CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:21-cv-224 |
| | ) | |
| NATIONAL RAILROAD PASSENGER CORPORATION—AMTRAK, | ) ) | Hon. Sharon Johnson Coleman |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.17, Jenner & Block LLP hereby moves to withdraw the appearance of attorney Leah M. Song on behalf of Defendant, National Railroad Passenger Corporation—Amtrak ("Amtrak"). As of September 15, 2021, Ms. Song will no longer be affiliated with Jenner & Block. Amtrak will continue to be represented by Allison A. Torrence and Matthew G. Lawson of Jenner & Block.

Dated: September 7, 2021

Leah M. Song
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Phone: (312) 840-7399
LSong@jenner.com

Respectfully submitted,

NATIONAL RAILROAD PASSENGER
CORPORATION


By: */s/ Leah M. Song*
     One of Its Attorneys

## CERTIFICATE OF SERVICE

I, Leah Song, hereby certify that on September 7, 2021, I electronically filed the foregoing Motion for Leave to Withdraw Appearance via the Court's CM/ECF system, which will deliver electronic notice of filing to all counsel of record.

>  */s/ Leah M. Song*
> Leah M. Song
> Jenner & Block LLP
> 353 N. Clark Street
> Chicago, IL 60654-3456
> Phone: (312) 840-7399
> LSong@jenner.com